UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-CV-81038-DMM

HOWARD COHAN,

    Plaintiff,

vs.

WAWA FLORIDA, LLC
a Foreign Limited Liability Company

    Defendant(s).
_____/

### NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, WAWA FLORIDA, LLC, a Foreign Limited Liability Company, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within ten (10) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED October 11, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: /s/ Annie D. Rosenthal
Annie D. Rosenthal, Esq.
Florida Bar No.: 1031335
Saul Ewing Arnstein & Lehr, LLP
701 Brickell Avenue, 17th Floor
Miami, Florida 33131
annie.rosenthal@saul.com
susan.brown@saul.com
cindy.carhartt@saul.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                      **/s/ Gregory S. Sconzo**
                                                     **Gregory S. Sconzo, Esq.**