UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-CV-81038-DMM

HOWARD COHAN,

     Plaintiff,

vs.

WAWA FLORIDA, LLC
a Foreign Limited Liability Company

     Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, WAWA FLORIDA, LLC, a Foreign Limited Liability Company (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against WAWA FLORIDA, LLC, a Foreign Limited Liability Company (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED October 21, 2022.

| | |
|---|---|
| **By: /s/ Gregory S. Sconzo** | **By: /s/ Annie D. Rosenthal** |
| Gregory S. Sconzo, Esq. | Annie D. Rosenthal, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 1031335 |
| Samantha L. Simpson, Esq. | Saul Ewing Arnstein & Lehr, LLP |
| Florida Bar No.: 1010423 | 701 Brickell Avenue, 17th Floor |
| Sconzo Law Office, P.A. | Miami, Florida 33131 |
| 3825 PGA Boulevard, Suite 207 | annie.rosenthal@saul.com |
| Palm Beach Gardens, FL 33410 | susan.brown@saul.com |
| Telephone: (561) 729-0940 | cindy.carhartt@saul.com |
| Facsimile: (561) 491-9459 | |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                             **/s/ Gregory S. Sconzo**
                                             **Gregory S. Sconzo, Esq.**