**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 22-81038-CV-MIDDLEBROOKS

HOWARD COHAN,
    Plaintiff,

v.

WAWA FLORIDA, LLC,
    Defendant.
_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on Parties' Joint Stipulation for Dismissal with Prejudice, filed September 27, 2022. (DE 13). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

4. Each of the parties shall bear its own attorneys' fees and costs, except as provided for in the Parties' Settlement Agreement.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 24th day of October, 2022.

                                            Donald M. Middlebrooks
                                            United States District Judge